# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Meredith Blakeslee** et al
       Plaintiffs

    V.

**Carla Daniele** et al

       Defendants

CIVIL ACTION

NO.  12-30001-MAP

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D. J.

    The Court having been advised on  1/9/14  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                      By the Court,

   1/10/14                                     /s/Theresa Pelegano
    Date                                            Deputy Clerk